**No. 51508.**—Protests 844600–G, etc., of Julius Kayser & Co. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). In accordance therewith the claim of the plaintiff was sustained.

**No. 51509.**—Protests 127062–K, etc., of Allied Purchasing Corp. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JANUARY 9, 1947

**No. 51510.**—Protests 5983–K, etc., of Yamate Brothers (San Francisco).

Opinion by CLINE, J. It was stipulated that the merchandise is similar in all material respects to the frozen frogs the subject of *Pacific Trading Co.* v. *United States* (8 Cust. Ct. 221, C. D. 610). In accordance therewith the claim at 10 percent under paragraph 1558 was sustained.

BEFORE THE SECOND DIVISION, JANUARY 15, 1947

**No. 51511.**—Protests 127260–K, etc., of Mica Mold Radio Corp. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.